■ JAMES STEEN, Respondent, v. EDWARD DEAN, Appellant. CITY OF BUFFALO, Respondent, v. EDWARD DEAN, Appellant. (Appeal No. 2.) — Appeal unanimously dismissed as academic. Same Memorandum as in *Steen* v. *Dean* (40 A D 2d 579) decided herewith. (Appeal from order of Erie Special Term denying motion for summary judgment.) Present — Del Vecchio, J. P., Marsh, Moule and Cardamone, JJ.